UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MARICOPA COUNTY and JOSEPH M. ARPAIO, <br><br> Defendants, <br><br> v. <br><br> DENNIS L. MONTGOMERY, Proposed Intervenor, <br><br> Movant - Appellant. | No. 15-16626 <br><br> D.C. No. 2:07-cv-02513-GMS <br> U.S. District Court for Arizona, Phoenix <br><br> **ORDER** |

    The Court of Appeals' records do not indicate that appellant has filed a Mediation Questionnaire in accordance with Circuit Rule 3-4.

    Within seven (7) days of the filing of this order, appellant shall: (a) file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov); (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b); or (c) show cause in writing why this appeal should not be dismissed pursuant to Ninth Cir. R. 42-1. Failure to comply with this order will result in dismissal pursuant to Ninth Cir. R. 42-1.

Information about the mediation program may be found on the court's website: www.ca9.uscourts.gov/mediation.

FOR THE COURT:

bs/mediation

Beatriz Smith
Deputy Clerk