CASE NO. 15-16626

IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

MANUEL de JESUS ORTEGA MELENDRES, *et al.*, Plaintiffs

v.

JOSEPH M. ARPAIO, Sheriff of Maricopa County, Arizona; *et al.*, Defendants

and

DENNIS L. MONTGOMERY, Putative Intervenor

---

From the United States District Court
For the District of Arizona
The Honorable G. Murray Snow, Presiding
Case No. CV-07-2513

---

**MOTION TO CONSOLIDATE THIS**
**APPEAL No. 15-16626 WITH APPEAL No. 15-16440**

---

Larry Klayman, Esq.
FREEDOM WATCH, INC.
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

Attorney for Putative Intervenor Dennis L. Montgomery

## MOTION TO CONSOLIDATE APPEALS AND WAIVE SEPARATE BRIEFING

Pursuant to Federal Rules of Appellate Procedure ("FRAP") Rules 3(b)(2) and 31(i), and Circuit Rule 28-4, the Appellant respectfully moves the Court to

A. Consolidate this Appeal No. 15-16626 with Appeal No. 15-16440, both of which arise from *Melendres v. Arpaio* in the U.S. District Court for the District of Arizona ("District Court"), Case No. CV-07-2513, before the Honorable G. Murray Snow, Presiding Judge.

B. Allow the Appellant in Appeal No. 15-16626 to dispense with filing a separate brief and waive the requirement under the Court's order of August 17, 2015, for Appellant to file a separate brief by relying upon the brief in Appeal No. 15-16440, and

C. Allow the Appellant in Appeal No. 15-16626 to file only a supplementary brief and supplementary appendix limited to the additional pleadings and orders that arose only in Appeal No. 15-16626, and avoid redundancy and waste.

and for his grounds states as follows:

Both Appeal No. 15-16440 and Appeal No. 15-16626 present the same request for Appellant and Putative Intervenor Dennis L. Montgomery for the admission *pro hac vice* of his out-of-state attorneys and the granting of his other

1

motions which those attorneys filed for him in the District Court below.

In both Appeal No. 15-16440 and Appeal No. 15-16626, the legal questions, governing law, and legal issues are exactly the same. They have already been briefed in Appellant's opening appellate brief on the merits in Appeal No. 15-16440. In both Appeal No. 15-16440 and Appeal No. 15-16626, the factual details of the application of attorney Larry Klayman and attorney Jonathon Moseley are similar, though their applications reflect their individual professional qualifications and histories. In both Appeal No. 15-16440 and Appeal No. 15-16626, the procedural details and events in the applications of Montgomery's attorneys Klayman and Moseley are very similar, although the application by Klayman arose from additional pleadings and events occurring subsequent to the denial of the application by Moseley.

As a result, a full opening appellate brief on the merits and associated Excerpt of the Record in Appeal No. 15-16626 would be mostly redundant of and repetitive to the brief already filed on October 27, 2015, in Appeal No. 15-16440, wasteful and unnecessarily burdensome. Such redundant filings would burden the Court unnecessarily as well as the parties.

Accordingly, the Appellant respectfully moves the court to consolidate these appeals, waive the requirement for a full brief on the merits and excerpt of the record containing repetitive contents, and instead order only a supplementary brief

and supplementary excerpt of the record setting forth only the additional documents unique to the *pro hac vice* application of Klayman subsequent to the denial of the *pro hac vice* application of Moseley.

In Appeal No. 15-16440, from *Melendres v. Arpaio*, Putative Intervenor Dennis L. Montgomery filed his Motion for Intervention of Right on May 7, 2015, and simultaneously in support thereof his attorney Jonathon A. Moseley filed an application for admission *pro hac vice* as out-of-state counsel on May 7, 2015. Moseley filed a clarification on May 13, 2015. No opposition was filed.

On May 14, 2015, the District Court denied Montgomery's motion for intervention and the application of his attorney Jonathon Moseley to be admitted *pro hac vice* as his counsel in the case in the District Court below. (However, the District Court's denial was expressly without prejudice and permitted Moseley to reapply. Moseley reapplied on May 19, 2015.)

On May 19, 2015, the Appellant and his attorney Moseley filed their Motion for Reconsideration of Motion for Admittance Pro Hac Vice of Jonathon A. Moseley and Memorandum of Law in Support Thereof, in which Moseley again made application for admission *pro hac vice*.

The District Court finally denied those motions on July 10, 2015. The Appellant timely appealed by his notice of appeal on July 15, 2015, and filed an opening appellate brief on the merits here on October 7, 2015.

3

Meanwhile, in Appeal No. 15-16626, from the same case *Melendres v. Arpaio*, on July 17, 2015, Putative Intervenor Dennis L. Montgomery's attorney Larry Klayman filed his application to appear *pro hac vice* on behalf of Montgomery. On July 20, 2015, Larry Klayman appeared at a previously-scheduled status conference on the record. On July 28, 2015, the Plaintiffs in the lawsuit filed their Plaintiff's Opposition to Motion for Admission Pro Hac Vice of Larry Klayman.

The District Court then also denied Larry Klayman's motion for *pro hac vice* admission on August 11, 2015, orally from the bench. Appellant and Klayman timely filed their notice of appeal on August 12, 2015.

In denying Klayman's application for admission *pro hac vice*, the July 28, 2015, Opposition of the Plaintiffs in the District Court below, the comments of Judge Snow in the July 20, 2015, status conference, and Judge Snow's August 11, 2015, order denying Klayman's motion for admission *pro hac vice* all emphasized their view that the legal and factual reasons for denying Klayman's application were essentially the same (in their opinion) as the reasons for denying Moseley's application.

Accordingly, the appeals should be consolidated and the briefing presented to minimize redundancy, repetition, and expense.

Dated: November 18, 2015

4

        Respectfully submitted,

        /s/ *Larry Klayman*
        Larry Klayman, Esq.
        General Counsel
        Freedom Watch, Inc.
        D.C. Bar No. 334581
        2020 Pennsylvania Avenue N.W., Suite 345
        Washington, DC 20006
        Telephone: (310) 595-0800
        Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 18, 2015, I electronically filed the foregoing brief with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit by using the Ninth Circuit's CM/ECF system, causing it to be served upon the following counsel of record in the case through CM/ECF:

        Stanley Young, Esq.
        Andrew Carl Byrnes, Esq.
        333 Twin Dolphin Road
        Redwood Shores, CA 94065
        syoung@cov.com
        650-632-4700
        Attorneys for Plaintiffs
        (Service via Email)

        Daniel Pochoda, Esq.
        ACLU FOUNDATION OF ARIZONA
        3707 N. 7th Street, Suite 235
        Phoenix, AZ 85014
        dpochoda@acluaz.org
        602-650-1854
        Attorney for Plaintiffs
        (Service via Email)

        Cecilia D. Wang
        ACLU FOUNDATION
        IMMIGRANTS' RIGHTS PROJECT

39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org
415-343-0775
Attorney for Plaintiff Melendres
(Service via Email)

Thomas P. Liddy, Esq.
CIVIL SERVICES DIVISION
MARICOPA COUNTY ATTORNEY'S OFFICE
222 North Central Avenue, Suite 1100
Phoenix, AZ 85005
liddyt@mcao.maricopa.gov
602-506-8541
Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office
(Service via Email)

Michele M. Iafrate, Esq.
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, AZ 85003
miafrate@iafratelaw.com
602-234-9775
Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office
(Service via Email)

Deborah L. Garner, Esq.
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, AZ 85003
dgarner@iafratelaw.com
602-234-9775
Attorney for Defendant Joseph Arpaio and Maricopa County Sheriff's Office
(Service via Email)

Melvin McDonald
JONES SKELTON & HOCHULI, PLC

2901 N. Central Avenue, Suite 800
Phoenix, AZ 85012-2728
mmcdonald@jshfirm.com
602-263-1700
Attorney for Defendant Sheriff Joseph Arpaio
(Service via Email)

Andre Segura, Esq.
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Fl.
New York, NY 10004
asegura@aclu.org
212-549-2676
Attorney for Plaintiffs
(Service via Email)

Anne Lai
UCI School of Law
401 E. Peltason Drive. Suite 3500
Irvine, CA 92616
alai@law.uci.edu
949-824-9894
(Service via Email)

Jorge M. Castillo
MALDEF
634 S. Spring Street, 11th Fl.
Los Angeles, CA 90014
jcastillo@maldef.org
213-629-2512
Attorney for Plaintiffs
(Service via Email)

Richard K. Walker
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, AZ 85254-2236
rkw@azlawpartner.com
480-483-6336

Attorney for Defendant Maricopa County
(Service via Email)

> /s/ *Larry Klayman*
> Larry Klayman, Esq.
> General Counsel
> Freedom Watch, Inc.
> D.C. Bar No. 334581
> 2020 Pennsylvania Avenue N.W., Suite 345
> Washington, DC 20006
> Telephone: (310) 595-0800
> Email: leklayman@gmail.com

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANUEL de JESUS ORTEGA MELENDRES, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>JOSEPH M. ARPAIO, Sheriff of Maricopa County, Arizona; *et al.*,<br>                      Defendants,<br><br>and<br><br>DENNIS L. MONTGOMERY,<br><br>                      Putative Intervenor. | Appeal No. 15-16626 |

**PROPOSED ORDER**

      THIS CAUSE is upon the Appellant's motion to consolidate this Appeal No. 15-16626 with Appeal No. 15-16440, pursuant to Federal Rules of Appellate Procedure ("FRAP") Rules 3(b)(2) and 31(i), and Circuit Rule 28-4, both of which appeals arise from *Melendres v. Arpaio* in the U.S. District Court for the District of Arizona ("District Court"), Case No. CV-07-2513, before the Honorable G. Murray Snow, Presiding Judge.

      Both appeals involve the denial of respective motions of two different attorneys who applied for admission *pro hac vice* for Putative Intervenor Dennis L. Montgomery and the motions filed for him by those attorneys. In each appeal, the governing law, motions filed, procedural posture, and details are nearly identical. Appellant Montgomery contends that the denial of two different attorneys further informs his appeal here.

      Upon consideration of Appellant's motion and the Court being fully apprised of the

circumstances, arguments of counsel, law and details,

 IT IS HEREBY ORDERED that –

  A. This Appeal No. 15-16626 is hereby consolidated with Appeal No. 15-16440

  B. Appellant may file for this Appeal No. 15-16626 a supplemental brief and supplemental excerpt of the record addressing only the additional details of the application for admission *pro hac vice* of Larry Klayman not already addressed and/or contained within the brief and excerpt of the record already filed for Appeal No. 15-16440.

  C. Appellant may rely upon the contents set forth in the brief and the documents contained in the excerpt of the record already filed in Appeal No. 15-16440 in support of this Appeal No. 15-16626 to avoid repetition and redundancy.

  D. Appellees may similarly limit any response to only the supplemental content filed herein or address both appeals in a consolidated response.

    Signed this \_\_\_\_ day of November, 2015.


    _____
    United States Court of Appeals Judge