CASE NO. 15-16626

IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MANUEL de JESUS ORTEGA MELENDRES,
*et al.*, Appellees-Plaintiffs

v.

JOSEPH M. ARPAIO, Sheriff of Maricopa County,
Arizona; *et al.*, Defendants

and

DENNIS L. MONTGOMERY, Appellant - Putative Intervenor

From the United States District Court
For the District of Arizona
The Honorable G. Murray Snow, Presiding
Case No. CV-07-2513

**APPELLANT'S OPPOSITION TO STREAMLINED REQUEST
FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Larry Klayman, Esq.
FREEDOM WATCH, INC.
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

Attorney for Putative Intervenor Dennis L. Montgomery

i

Appellant opposes the Streamlined Request for Extension of Time to file an Answering Brief from the Appellees (Plaintiffs in the court below). This Court on October 26, 2015 (Dkt # 5), had previously ordered the filing of the Answering by December 21, 2015. Appellant's opening brief was filed on November 20, 2015.

The presiding judge in the case below is writing his opinion. The case is going to be over. Appellants are merely seeking to run out the clock and achieve by delay results that they cannot obtain on the merits under the law.

Appellees have had abundant time and opportunity since filing their August 20, 2015, opposition to the motion to stay to be able to prepare an answering brief on the same factual events and legal issues by December 21, 2015. The factual events and issues in this Appeal No. 15-16626 are the same as Appeal No. 15-16440. Appellant previously filed a motion for stay on August 10, 2015, in Appeal No. 15-16440 which fully apprised the Appellees of all the issues. Appellees filed their opposition to the motion to stay on August 20, 2015. Similarly, the Appellees also briefed and addressed many of the issues in their replies in this Circuit in *Arpaio v. U.S. District Court,* Appeal No. 15-72440, in Dkt. #9 on August 20, 2015, and Dkt. # 11 on September 3, 2015.

Therefore, the Appellees now still have 21 days in which to file an answering brief by December 21, 2015. This is plenty of time. There is no reason for delay under these extreme circumstances. To allow further delay will work

1

manifest injustice, as the case will be over by the time this Court reaches decision.

Dated: November 30, 2015              Respectfully submitted,

                                                     /s/ *Larry Klayman*
                                                   Larry Klayman, Esq.
                                                   Freedom Watch, Inc.
                                                   D.C. Bar No. 334581
                                                   2020 Pennsylvania Avenue N.W., Suite 345
                                                   Washington, DC 20006
                                                   Telephone: (310) 595-0800
                                                   Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 30, 2015, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit by using the Ninth Circuit's CM/ECF system, causing it to be served upon the following counsel of record in the case through CM/ECF:

        Stanley Young, Esq.
        Andrew Carl Byrnes, Esq.
        333 Twin Dolphin Road
        Redwood Shores, CA 94065
        syoung@cov.com
        650-632-4700
        Attorneys for Plaintiffs
        (Service via Email)

        Daniel Pochoda, Esq.
        ACLU FOUNDATION OF ARIZONA
        3707 N. 7th Street, Suite 235
        Phoenix, AZ 85014
        dpochoda@acluaz.org
        602-650-1854
        Attorney for Plaintiffs
        (Service via Email)

Cecilia D. Wang
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
cwang@aclu.org
415-343-0775
Attorney for Plaintiff Melendres
(Service via Email)

Thomas P. Liddy, Esq.
CIVIL SERVICES DIVISION
MARICOPA COUNTY ATTORNEY'S OFFICE
222 North Central Avenue, Suite 1100
Phoenix, AZ 85005
liddyt@mcao.maricopa.gov
602-506-8541
Attorney for Defendant Joseph Arpaio and Maricopa County
Sheriff's Office
(Service via Email)

Michele M. Iafrate, Esq.
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, AZ 85003
miafrate@iafratelaw.com
602-234-9775
Attorney for Defendant Joseph Arpaio and Maricopa County
Sheriff's Office
(Service via Email)

Deborah L. Garner, Esq.
IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, AZ 85003
dgarner@iafratelaw.com
602-234-9775
Attorney for Defendant Joseph Arpaio and Maricopa County

3

Sheriff's Office
(Service via Email)

Melvin McDonald
JONES SKELTON & HOCHULI, PLC
2901 N. Central Avenue, Suite 800
Phoenix, AZ 85012-2728
mmcdonald@jshfirm.com
602-263-1700
Attorney for Defendant Sheriff Joseph Arpaio
(Service via Email)

Andre Segura, Esq.
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Fl.
New York, NY 10004
asegura@aclu.org
212-549-2676
Attorney for Plaintiffs
(Service via Email)

Anne Lai
UCI School of Law
401 E. Peltason Drive. Suite 3500
Irvine, CA 92616
alai@law.uci.edu
949-824-9894
(Service via Email)

Jorge M. Castillo
MALDEF
634 S. Spring Street, 11th Fl.
Los Angeles, CA 90014
jcastillo@maldef.org
213-629-2512
Attorney for Plaintiffs
(Service via Email)

Richard K. Walker
WALKER & PESKIND, PLLC
16100 N. 71st Street, Suite 140
Scottsdale, AZ 85254-2236
rkw@azlawpartner.com
480-483-6336
Attorney for Defendant Maricopa County
(Service via Email)

/s/ *Larry Klayman*
Larry Klayman, Esq.
General Counsel
Freedom Watch, Inc.
D.C. Bar No. 334581
2020 Pennsylvania Avenue N.W., Suite 345
Washington, DC 20006
Telephone: (310) 595-0800
Email: leklayman@gmail.com