No. 15-16440
No. 15-16626

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**MANUEL DE JESUS ORTEGA MELENDRES, ET AL.**,

*Plaintiffs-Appellees*

v.

**JOSEPH M. ARPAIO,**
*Defendant-Appellant*

and

**DENNIS L. MONTGOMERY,**
*Putative Intervenor.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
2:07-cv-02513-GMS
The Honorable G. Murray Snow
United States District Judge

## NON-OPPOSITION TO MOTION TO CONSOLIDATE APPEAL NOS. 15-16440 AND 15-16626

Stanley Young
Michelle L. Morin
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
syoung@cov.com
mmorin@cov.com

Rebecca A. Jacobs
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7036
Facsimile: (415) 955-6566
rjacobs@cov.com
(*counsel continued on next page*)

*Attorneys for Plaintiffs-Appellees*

*MANUEL DE JESUS ORTEGA MELENDRES, ET AL.*

**Priscilla Dodson**
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-5996
Facsimile: (202) 778-5996
pdodson@cov.com

**Dan Pochoda**
ACLU FOUNDATION OF ARIZONA
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376
dpochoda@acluaz.org
jlyall@acluaz.org

**Cecillia D. Wang**
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
cwang@aclu.org

**Andre Segura**
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654
asegura@aclu.org

**Jorge Martin Castillo**
MEXICAN AMERICAN LEGAL AND
EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
jcastillo@maldef.org

**Anne Lai**
401 E. Peltason Dr.
Law 4800-P
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066
alai@law.uci.edu

*Attorneys for Plaintiffs-Appellees*

*MANUEL DE JESUS ORTEGA MELENDRES, ET AL.*

Plaintiffs/Appellees do not object to Mr. Montgomery's motion to consolidate his two appeals, Nos. 15-16440 and 15-16626. The briefing schedule for the consolidated appeals should be that of No. 15-16626 (in which Appellees' answering brief is due on Jan. 20, 2016, pursuant to a streamlined extension request granted on November 30, 2015) in view of the need to consider Mr. Montgomery's briefing and record in the two appeals together.[1]

Dated: December 2, 2015          By /s/ *Michelle L. Morin*
Stanley Young
syoung@cov.com
Michelle L. Morin
mmorin@cov.com
Hyun S. Byun
hbyun@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700

---

[1] Appellant Dennis Montgomery filed an "Opposition to Streamlined Request for Extension of Time," Dkt. 21, after the extension of time had been granted. That opposition should be disregarded. The opposition erroneously states that Plaintiffs/Appellees' Answering brief would otherwise be due on December 21, 2015, which is incorrect, and cites to a scheduling order filed with respect to a separate appeal brought by Maricopa County, which has nothing to do with Montgomery's appeals. *See* No. 15-15996, Dkt. 21 (Oct. 26, 2015 Order granting Maricopa County's motion for extension of schedule); No. 15-16440 Dkt. 16 (revoking the October 26, 2015 scheduling order as to Montgomery's appeals). Montgomery's appeals are separate and distinct from Maricopa County's appeal, and involve different issues.

1

Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Rebecca A. Jacobs
rjacobs@cov.com
COVINGTON & BURLING LLP
1 Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-7036
Facsimile: (415) 955-6566

Priscilla G. Dodson
pdodson@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Dan Pochoda
dpochoda@acluaz.org
ACLU FOUNDATION OF ARIZONA
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

Anne Lai
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Cecillia D. Wang
cwang@aclu.org
ACLU FOUNDATION
Immigrants' Rights Project
39 Drumm Street

San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Andre Segura
asegura@aclu.org
ACLU FOUNDATION
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Jorge Martin Castillo
jcastillo@maldef.org
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND
634 South Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

*Attorneys for Plaintiffs-Appellees*

4

## CERTIFICATE OF COMPLIANCE

I certify that pursuant to Fed. R. App. P. 27-1, the attached brief is in compliance with Fed. R. App. P. 27(d) and does not exceed 20 pages.

Date: December 2, 2015             */s/ Michelle L. Morin*
                                   MICHELLE L. MORIN

5

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: December 2, 2015          */s/ Michelle L. Morin*
                                MICHELLE L. MORIN