**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 11 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br> v. <br><br> MARICOPA COUNTY and JOSEPH M. ARPAIO, <br><br> Defendants, <br> v. <br><br> DENNIS L. MONTGOMERY, Proposed Intervenor, <br><br> Movant - Appellant. | No. 15-16440 <br><br> D.C. No. 2:07-cv-02513-GMS <br> District of Arizona, <br> Phoenix <br><br><br> ORDER |
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br> v. <br><br> MARICOPA COUNTY and JOSEPH M. ARPAIO, <br><br> Defendants, <br> v. <br><br> DENNIS L. MONTGOMERY, Proposed Intervenor, <br><br> Movant - Appellant. | No. 15-16626 <br><br> D.C. No. 2:07-cv-02513-GMS <br> District of Arizona, <br> Phoenix |

Tah/12.7.15/Pro Mo

The appellant's opposed motion to expedite briefing is denied. The existing briefing schedule remains in effect.

For the Court:
MOLLY C. DWYER
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Circuit Rules 27-7, 27-10