No. 15-16440, 15-16626

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

MANUEL DE JESUS ORTEGA MELENDRES, ET AL.,

*Plaintiffs-Appellees,*

v.

MARICOPA COUNTY; JOSEPH M. ARPAIO,

*Defendants-Appellees,*

and

DENNIS L. MONTGOMERY,

*Proposed Intervenor-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
2:07-cv-02513-GMS
The Honorable G. Murray Snow
United States District Judge

RESPONSE IN OPPOSITION TO APPELLANT DENNIS
MONTGOMERY'S EMERGENCY MOTION TO EXPEDITE APPEAL

**Stanley Young**
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
syoung@cov.com
mmorin@cov.com

**Cecillia D. Wang**
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
cwang@aclu.org

*Attorneys for Plaintiffs-Appellees*
***MANUEL DE JESUS ORTEGA MELENDRES, ET AL.***

**Dan Pochoda**
ACLU FOUNDATION OF ARIZONA
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376
dpochoda@acluaz.org
jlyall@acluaz.org

**Andre Segura**
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654
asegura@aclu.org

**Anne Lai**
401 E. Peltason Dr.
Law 4800-P
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066
alai@law.uci.edu

**Jorge Martin Castillo**
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
jcastillo@maldef.org

*Attorneys for Plaintiffs-Appellees*

***MANUEL DE JESUS ORTEGA MELENDRES, ET AL.***

The Court should deny Appellant Montgomery's latest emergency motion. As set forth in Plaintiffs-Appellees' Brief in this appeal (Dkt. 35), Montgomery is a non-party who has not been ordered to do anything by the District Court and is not a contemnor in the contempt proceedings now pending there. The District Court's denials of the *pro hac vice* applications filed by Montgomery's attorneys are not appealable orders, and in any case were not abuses of discretion. Montgomery's efforts to intervene and disqualify the District Court are also not properly before this Court. He has no standing to insert himself into this litigation. Montgomery did not file a reply brief to contest the foregoing. There is no emergency as to which Montgomery has any right to complain. This Court has already denied (1) Montgomery's mandamus petition on the disqualification issue (Case No. 15-71433, Dkt. 2), (2) his previous emergency motion to stay the District Court proceedings (Case No. 15-16440, Dkt. 11) and (3) his previous motion to expedite this appeal (Dkt. 34). The present emergency motion should likewise be denied and this appeal permitted to take its normal course.

Dated: May 19, 2016

By  /s/ *Stanley Young*
Stanley Young
syoung@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

1

Case: 15-16626, 05/19/2016, ID: 9983996, DktEntry: 42, Page 4 of 6

Dan Pochoda
dpochoda@acluaz.org
ACLU FOUNDATION OF
ARIZONA
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

Anne Lai
alai@law.uci.edu
401 E. Peltason, Suite 3500
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-0066

Cecillia D. Wang
cwang@aclu.org
ACLU FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Andre Segura
asegura@aclu.org
ACLU FOUNDATION
Immigrants' Rights Project
125 Broad Street, 17th Floor
New York, NY 10004
Telephone: (212) 549-2676
Facsimile: (212) 549-2654

Jorge Martin Castillo
jcastillo@maldef.org
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND
634 South Spring Street, 11th Floor

Los Angeles, California 90014
Telephone:  (213) 629-2512
Facsimile:  (213) 629-0266

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: May 19, 2016            */s/ Stanley Young*
                                                  STANLEY YOUNG