**FILED**

UNITED STATES COURT OF APPEALS

MAY 23 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MARICOPA COUNTY and JOSEPH M. ARPAIO, <br><br> Defendants, <br><br> V. <br><br> DENNIS L. MONTGOMERY, Proposed Intervenor, <br><br> Movant - Appellant. | No. 15-16440, 15-16626 <br><br> D.C. No. 2:07-cv-02513-GMS <br> District of Arizona, <br> Phoenix <br><br> ORDER |

The appellant's opposed motion to expedite is denied.

       For the Court:

       MOLLY C. DWYER
       Clerk of Court

       Grace Santos
       Deputy Clerk
       Ninth Circuit Rule 27-7/Advisory Note to Rule 27
        and Ninth Circuit 27-10

GS  05/23/2016/Pro Mo