FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MARICOPA COUNTY and JOSEPH M. ARPAIO, <br><br> Defendants, <br><br> V. <br><br> DENNIS L. MONTGOMERY, Proposed Intervenor, <br><br> Movant - Appellant. | No. 15-16440, 15-16626 <br><br> D.C. No. 2:07-cv-02513-GMS District of Arizona, Phoenix <br><br> ORDER |

The May 23, 2016 order, docket entry 43, was issued in error and is vacated.

The reply in support of the emergency motion has been filed.

The motions shall be addressed in a separate order.

Briefing is complete in these consolidated cases.

        For the Court:

        MOLLY C. DWYER
        Clerk of Court

        Grace Santos
        Deputy Clerk
        Ninth Circuit Rule 27-7/Advisory Note to Rule 27
          and Ninth Circuit 27-10

GS    05/23/2016/Pro Mo