**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 27 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MARICOPA COUNTY and JOSEPH M. ARPAIO, <br><br> Defendants, <br><br> v. <br><br> DENNIS L. MONTGOMERY, Proposed Intervenor, <br><br> Movant - Appellant. | Nos. 15-16440, 15-16626 <br><br> D.C. No. 2:07-cv-02513-GMS <br> District of Arizona, <br> Phoenix <br><br> ORDER |

Before: REINHARDT and OWENS, Circuit Judges.

The motion to expedite consideration of these consolidated appeals (Docket Entry No. 43) is granted. These appeals shall be placed on the next available calendar.

AS/MOATT

All other requests for relief contained in appellant's renewed requests to expedite consideration of these consolidated appeals (Docket Entry Nos. 43, 44, 47) are denied.

Briefing is complete.